**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

IN RE:   Devin Michael Schaney                             Case Number:   20-30317
         Debtor

# ORDER CONFIRMING PLAN
## FILED ON 9/22/2020, Court Doc. # 4
## WITH AMENDMENT(S), Court Doc. #4 FILED ON 9/22/2020

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED WITH THE ADDENDUM FILED ON 09/22/2020, Court Doc. #4

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section 4.3 of the plan is hereby allowed.

Copies to:

Devin Michael Schaney                                KERMODE, JOHN D.
100 Pinnacle Ct                                      Served Electronically Via ECF
Apt 822
Frankfort, KY  40601-6320

AIS PORTFOLIO SERVICES
VIA ECF
,

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, December 30, 2020**
(tnw)